UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BOWEN,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW MARTEL, Warden,<br><br>    Respondent. | Case No. SACV 12-45 JHN(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: May 2, 2012

HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE